IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KANWALJIT SINGH HUNDAL,

    Petitioner,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

    Respondent.

No. C 08-0158 CW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus in which he challenges a prison disciplinary action resulting in the loss of good-time credit. Petitioner has paid the filing fee.

    A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

1  Petitioner is incarcerated at Chuckawalla Valley State Prison,
2 which lies within the venue of Central District of California. See
3 28 U.S.C. § 84. Because Petitioner challenges the execution of his
4 sentence, the Court hereby ORDERS that pursuant to 28 U.S.C.
5 § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of
6 justice, this petition be TRANSFERRED to the Eastern Division of
7 the United States District Court for the Central District of
8 California.
9  IT IS SO ORDERED.

Dated: 3/10/08

*/s/ Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KANWALJIT SINGH HUNDAL,

        Plaintiff,

v.

US DEPARTMENT OF JUSTICE et al,

        Defendant.

Case Number: CV08-00158 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kanwaljit Singh Hundal F-59716
Chukawalla Valley State Prison
B3-233L
P.O. Box 2349
Blythe, CA 92226

Dated: March 10, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.08\Hundal0158.Transfer.wpd     3