**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 21, 2008

Clerk, U.S. District Court
Central District of California
3470 Twelfth St., #134
Riverside, CA 92501-3801

RE: CV 08-00158 CW   KANWALJIT SINGH HUNDAL-v-US DEPARTMENT OF JUSTICE

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ **Please access our electronic record through CM/ECF Sytems.**  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record