IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANWALJIT SINGH HUNDAL,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>    Defendant.                             / | No. C 08-0158 CW (PR)<br><br>AMENDED ORDER OF TRANSFER |

    In an Order dated March 10, 2008, the Court inadvertently classified this action as a habeas action before transferring it to the Eastern Division of the United States District Court for the Central District of California.  In fact, this is a civil rights action; therefore, the Court AMENDS its March 10, 2008 Order as follows:

    Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has paid the full filing fee in this case.

    When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in

which any defendant may be found, if there is no district in which the action may otherwise be brought.  See 28 U.S.C. § 1391(b).

The acts complained of occurred at the Chuckawalla Valley State Prison, which is located in the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one.  See id.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Cental District of California.  The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 4/21/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KANWALJIT SINGH HUNDAL,

        Plaintiff,

  v.

US DEPARTMENT OF JUSTICE et al,

        Defendant.
                                         /

Case Number: CV08-00158 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kanwaljit Singh Hundal F-59716
Chukawalla Valley State Prison
B3-233L
P.O. Box 2349
Blythe, CA 92226

Dated: April 21, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk