**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

*FILED APR 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

March 21, 2008

Clerk, U.S. District Court
Central District of California
3470 Twelfth St., #134
Riverside, CA 92501-3801

RE: CV 08-00158 CW   KANWALJIT SINGH HUNDAL-v-US DEPARTMENT OF JUSTICE

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    **Please access our electronic record through CM/ECF Sytems.** See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record

4/21/08
LHorn
EDCV08-543 (AS (JWJ))